Pauline McBride, appellant, v. Leonard W. Boltz, appellee. Gen. No. 40,522.

Opinion filed April 26, 1939.

Chester D. Kern and John P. Derning, for appellant. George F. Callaghan, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Thome Barnowsky, appellant, v. Mayfair Laundry Company et al., appellees. Gen. No. 40,306.

Opinion filed May 2, 1939. Rehearing denied May 20, 1939.

B. Pelechowicz and Martin M. Gross, for appellant. John Owen, for appellees; Francis J. Mc Greal and Raymond J. Boland, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Economy Plumbing and Heating Company, Inc., appellee, v. Frank Burman et al., appellants. Gen. No. 40,587.

Opinion filed May 2, 1939.

William Feldman, for appellants. Joseph B. Bergman, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Goldie Buehler, appellant, v. Albert C. Buehler, appellee. Gen. No. 39,956.

Opinion filed May 2, 1939.

Jacob G. Grossberg and Harry May, for appellant. Vernon R. Loucks and A. J. Hennings, for appellee.

Mr. Justice Friend delivered the opinion of the court.